UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE ENCAR ARNOLD,<br><br>    Plaintiff,<br><br>    v.<br><br>NEW YORK LIFE INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 24-cv-08073-EKL<br><br>**ORDER RE DISMISSAL**<br><br>Re: Dkt. No. 2 |

Plaintiff filed this action in pro se. ECF No. 1. Court records indicate that Plaintiff already has a related case before the Court with claims arising from the same insurance policies and seeking the same relief. *See Arnold v. New York Life Ins. Co.*, No. 24-cv-6941-EKL. This case is duplicative. *See Adams v. Cal. Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007) (noting that plaintiffs have "no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant." (citation omitted)). The Court has reviewed the claims in the earlier filed case, which it recently dismissed with leave to amend. Plaintiff may pursue her claims in that case if she chooses to amend the complaint.

For the foregoing reasons, this case is DISMISSED as duplicative. The pending motion for leave to proceed in forma pauperis is VACATED. ECF No. 2. No fee is due. The Clerk is requested to close this case.

**IT IS SO ORDERED.**

Dated: February 25, 2025

Eumi K. Lee
United States District Judge